| AO 10<br>Rev. 1/2011 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2010** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>JOHNSON, ALAN B. | 2. Court or Organization<br><br>DISTRICT COURT-WYOMING | 3. Date of Report<br><br>05/15/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE JUDGE, U.S. DIST. COURT | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>2120 CAPITOL AVE., SUITE 2018<br>CHEYENNE, WY 82003 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER, SECRETARY/TREASURER, LOCAL DISCUSSION GROUP | YOUNG MENS' LITERARY CLUB |
| 2. FORMER MEMBER (RETIRED) | WYOMING NATIONAL GUARD, CHEYENNE, WYO. |
| 3. FORMER MEMBER BOARD OF DIRECTORS | CHEYENNE FRONTIER DAYS |
| 4. MEMBER, ADVISORY BOARD | UNITED MEDICAL CENTER, HOME HEALTH SERVICES |
| 5. TRUSTEE | TRUST #2, See Explanation and Description at Part VIII and Part VII |
| 6. TRUSTEE | TRUST #3, See Explanation and Description at Part VIII and Part VII |
| 7. TRUSTEE | TRUST #1, See Explanation and Description at Part VIII and Part VII |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Johnson, Alan B.**

| Name of Person Reporting | Date of Report |
|---|---|
| JOHNSON, ALAN B. | 05/15/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*.

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Lockheed Martin Corp Master Retirement Trust |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOHNSON, ALAN B. | 05/15/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOHNSON, ALAN B. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. TRUST #1 | A | Int./Div. | M | T | | | | | |
| 2. CHASE INVESTMENT SERVICES | | Int./Div. | K | T | | | | | |
| 3. CHASE BANK ACCTS | | | M | T | | | | | |
| 4. TRUST #2 | D | Interest | J | T | | | | | |
| 5. -AMERICAN NATL BANK ACCOUNT | A | Interest | J | T | | | | | |
| 6. -WELLS FARGO BANK ACCOUNT | A | Interest | J | T | | | | | |
| 7. TRUST #3 | C | Int./Div. | M | T | | | | | |
| 8. -EXCEL ENERGY, INC. | B | Dividend | | | Sold | 12/15/10 | K | E | |
| 9. -AMERICAN NATL BANK ACCOUNT | F | | L | T | | | | | |
| 10. -FIDELITY BROKERAGE SERVICES | D | Int./Div. | M | T | | | | | |
| 11. -FIDELITY SHORT-INTER MUNI INCOME | B | Dividend | | | Sold | 12/15/10 | L | A | |
| 12. NEW YORK LIFE INS. WHOLE LIFE | C | Dividend | L | T | | | | | |
| 13. UNITED SERVICES AUTO ASSOC. | A | Distribution | J | T | | | | | |
| 14. WYOMING DEFERRED COMP. WYOMING RETIREMENT SYSTEM 457 DEFFER | C | Int./Div. | N | T | Distributed (part) | 11/15/10 | J | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOHNSON, ALAN B. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |
| 19. | | | | | | | | | |
| 20. | | | | | | | | | |
| 21. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Cheyenne Frontier Days is a non-profit corporation that organizes and sponsors and week-long western celebration and rodeo for the benefit of the community. Through the Old West Museum it also seeks to collect and preserve historical material from this region as well as a collection of historical carriages and period clothing. The Board of Directors reviews the operation and management of the organization to insure that the mission and objectives are followed. My term of service on the Board of Directors ended on October 4, 2008.

United Medical Center is the local hospital organization. The provision of nursing and care services to patients in their homes is one of the services provided through United Medical Center. As part of the concern for the quality of patient care members of the public as well as medical professionals have been placed on an advisory board, which meets periodically.

The Federal Judges Association is an organization composed of Federal Judges. Its objectives are to seek to improve the salary, benefits, and working conditions of the Federal judiciary through educational programs, support of legislative initiatives and working closely with the Administrative Offices of United States Courts. The organization is supported by the voluntary payment of dues by its members. I am currently the representative from my circuit on the board and report to the judges in my circuit. My service as a Circuit representative to the Federal Judges Association ended in 2007.

I have deleted Living Trust #1 from VII Investments and Trusts because it is a financial vehicle that was during the reporting period solely under the control of ████████ It contained financial interests that are the sole financial interests and responsibility of ████████ No portion of the trust is derived from my assets, income or activities or those of ████████ I have no knowledge of the financial transactions other having been told that it was created and what the approximate value is. During the reporting period I did not derive or expect to derive a benefit from the trust. See letter from Committee on Financial Disclosure, dated August 8, 2008.

The American College of Trial Lawyers is a national organization of lawyers, who are dedicated to support and improve courts in the United States and to maintain high standards of professional conduct within the practice of law. Among the many activities under the auspices of the organization is an annual meeting which was held in July, 2005 at Grand Teton National Park, Jackson, Wyoming. I was invited to attend and speak at the conference on environmental issues confronting the federal court in Wyoming and the region. A framed wildlife photograph was presented to each of the speakers. I did not attend any function of The American College of Trial Lawyeer in 2006, and anticipate that my participation was a only for the purpose of presenting the education program in 2005.

In Part VII I have unintentionally omitted reference in past years to a paid policy of whole life insurance on my life with New York Life Insurance Company. New York Life Insurance and the Cash Value has been listed to correct this error.

Trust #2 and Trust #3 were created to implement premarital and estate planning. It is anticipated that additional assets will be placed in the trusts in the future. Trust #2 holds and controls items 2 and 3, bank accounts at American National Bank and Wells Fargo National Bank, Part VII. Trust #3 holds and controls items 4, 6 and 7, the Xcel Energy shares, the American National Bank account, and the Fidelity Cash Reserves account respectively. These listings have been expressed in the aggregate method in Part VII.

The First Interstate Bank account was closed when the mortgage on ████████ was paid in full during the reporting period (2007).

Wyoming Deferred Compensation Plan is a program for State Employees to deposit earnings for deferred tax investment. I receive reports entitled W;yoming Retirement System 457 Deferred Compensation Plan c/o Great West Retirement. There are various options that an employee may use for investment. My contribution is presently in what is called Stable Value Fund which has the stated purpose of preserving the value of the investment with fixed income securities, U.S. Treasury debt, and corporate based mortgage debt instruments. In 2010 it became incombant upon the undersigned to take distributions from this plan and pay tax on the income. If all goes as directed, a sum will be withdrawn each year and will be taxed.

Young Mens' Literary Club is a small organization (less than 50 including honorary and emeriti) that meets weekly during the Fall, Winter and Spring to discuss current events and review assigned papers. The organization has existed for the past 110 years. The Secretary/Treasurer receives nominal dues for rent of the meeting room and keeps meeting minutes that are deposited and preserved in the State Archives.

In 2010 the death of a family member resulted in Trust #1 becoming active and the appointment of the undersigned as trustee for purposes of distribution of the cash in various accounts at Chase Bank. For that reason Trust #1 is now listed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ ALAN B. JOHNSON

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544